# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| TIMOTHY MANUEL<br>*Plaintiff*<br>v.<br>UNITED STATES OF AMERICA<br>*Defendant* | Civil Action No. 2:16cv170 (arising from 2:09cr152) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The court DENIES Manuel's motion to vacate. The court also DENIES Manuel a certificate of appealability. FINAL JUDGMENT dismissing the collateral civil proceeding.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James T. Moody on a motion to Vacate Sentence.

Date: 7/3/19

*CLERK OF COURT*

/s/ Robert N Trgovich (kjp)

*Signature of Clerk or Deputy Clerk*